IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEREK K. McQUAIG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19CV00824 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW SAUL, | ) | By: Hon. Glen E. Conrad |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The magistrate judge's report and recommendation is **ADOPTED**;

2. The final decision of the Commissioner is **AFFIRMED**;

3. Summary judgment is **ENTERED** in favor of the Commissioner; and

4. The case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This  20th day of April, 2021.

                                                                      _/s/ Glen Conrad_
                                                               Senior United States District Judge